*Frederick Haller* for appellant.

*August Becker* and *Foster B. Turnbull* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.

---

ERNEST V. DUNLEVIE, Appellant, *v.* JUSTIN W. SPANGEN-
BERG, Defendant, and JOHN R. DRONEY, Respondent.

*Dunlevie.* v. *Droney*, 149 App. Div. 930, affirmed.
(Argued May 5, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered March 18, 1912, affirming a judgment in favor of
plaintiff entered upon a decision of the court at Trial Term
without a jury in an action to recover for an alleged
breach of contract of sale.

Plaintiff complained that the damages allowed were
inadequate.

*James McCormick Mitchell* for appellant.

*Adelbert Moot* and *Allen J. Hastings* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.

---

FANNY J. KIRKWOOD et al., as Executors of THOMAS
KIRKWOOD, Deceased, Respondents, *v.* HARRY M. SMITH,
Individually and as Surviving Partner of C. S. LOCKE
& SMITH, et al., Appellants, Impleaded with Another.

*Kirkwood* v. *Smith*, 149 App. Div. 946, affirmed.
(Submitted May 5, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 5, 1912, affirming a judgment in favor of